Terence J. Scanlan, ABA #1103012
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, Ste. 3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Facsimile: 206-447-1973
tscanlan@skellengerbender.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT KETCHIKAN

| | |
|---|---|
| KETCHIKAN MECHANICAL, INC., an Alaska corporation. <br><br> Plaintiff, <br><br> v. <br><br> SPRINKLER TECHNOLOGY DESIGN, INC.; a Montana corporation; COFFMAN ENGINEER, INC., a Washington corporation; and DAVID HUGHES JR., <br><br> Defendant. | NO. <br><br> NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA <br><br> (FIRST JUDICIAL DISTRICT AT KETCHIKAN SUPERIOR COURT CASE No. 1KE-17-25 CI) |

TO: Clerk, United States District Court for the District of Alaska at Ketchikan

AND TO: Clerk, Superior Court of Alaska for First Judicial District at Ketchikan

AND TO: Ketchikan Mechanical, Inc., Plaintiff
c/o H. Clay Keene
KEENE & CURRALL, PC
540 Water Street, Suite 302
Ketchikan, Alaska 99901
courtdocs@keenecurrall.com
Plaintiff's counsel

Defendants Sprinkler Technology Design, Inc., Coffman Engineers, Inc., and David

NOTICE OF REMOVAL TO UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF
ALASKA – 1

skellengerbender
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Hughes, Jr. by their undersigned counsel, Terence J. Scanlan of Skellenger Bender, PS., hereby provides **Notice of Removal** of this action presently pending in the Superior Court of Alaska for First Judicial District at Ketchikan to the United States District Court for the District of Alaska at Ketchikan.

## I. GROUNDS FOR REMOVAL

The underlying action was commenced in the Superior Court of Alaska for First Judicial District at Ketchikan by plaintiff Ketchikan Mechanical, Inc., against defendants Sprinkler Technology Design, Inc., Coffman Engineers, Inc., and David Hughes, Jr. Plaintiff Ketchikan Mechanical, Inc., is an Alaska corporation. Defendant Sprinkler Technology Design, Inc., was a Montana corporation with its principal place of business in Bozeman, Montana. Defendant Coffman Engineers, Inc., is a Washington corporation with its principal place of business in Seattle, Washington. Defendant David Hughes, Jr., resides in Bozeman, Montana.

Plaintiff Ketchikan Mechanical, Inc., pled general, special, incidental, and consequential damages in the amount of $402,190.50. Accordingly, the United States District Court for the District of Alaska at Ketchikan has original jurisdiction pursuant to 28 USC § 1332(a)(1), and removal to the United States District Court pursuant to 28 USC § 1441(a) is proper.

## II. REMOVAL IS TIMELY

Defendants were served with the Summons and Complaint in the underlying action on January 25, 2017. Accordingly, pursuant to 28 USC § 1446(b), this Notice of Removal has been filed and served within 30 days of service, by receipt or otherwise of the complaint, as required by 28 USC § 1446(b).

## III. STATE COURT RECORDS

1. Copies of all process, pleadings and orders served on defendants, consisting of

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA – 2

| skellengerbender |
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Case 5:17-cv-00002-JWS   Document 1   Filed 02/14/17   Page 2 of 3

Summons and Complaint, are attached to this Notice of Removal and incorporated herein.

2. Copies of any other process, pleadings, and orders found in the files of the Superior Court of Alaska for First Judicial District at Ketchikan that have not been served on defendants will be provided to the Clerk of the United States District Court within 10 days of the filing of this Notice of Removal.

RESPECTFULLY SUBMITTED this 10th day of February, 2017.

Terence J. Scanlan, ABA # 1103012
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, Ste. 3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Facsimile: 206-446-1973
tscanlan@skellengerbender.com
Attorneys for Defendants

I hereby certify that on the 10th day of February, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Counsel for Plaintiff Ketchikan Mechanical, Inc.

H. Clay Keene
KEENE & CURRALL, PC
540 Water Street, Suite 302
Ketchikan, Alaska 99901
courtdocs@keenecurrall.com

DATED this 10th day of February, 2017, at Seattle, Washington.

George L. Auslander, Paralegal

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA – 3

skellengerbender
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501